UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-577-FDW

| WILLIAM CARAWAN, JR., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| FNU MITCHELL, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion to Compel Discovery, (Doc. No. 25), in which he seeks an order from this Court requiring Defendant to respond to Plaintiff's Request for Production of Documents. Plaintiff's motion to compel is denied, as he filed the motion to compel well after the discovery period had already ended.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Compel Discovery, (Doc. No. 25), is **DENIED**.

Signed: February 26, 2018

Frank D. Whitney
Chief United States District Judge

1